# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **TERRA EVANS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   4:09CV00802-WRW |
| | ) |
| **LAW OFFICES OF D. SCOTT CARRUTHERS,** | ) |
| | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, and by agreement of the parties, this case is dismissed *without* prejudice, without costs to either party, and with leave for the parties to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

IT IS SO ORDERED this 20th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE